UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

LISETT VEGA

V.

COMMISSIONER OF SOCIAL SECURITY

---------------------------------------------------------------X

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ 1525 (LAP)(GWG)

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
   Purpose:_____

___ Habeas Corpus

✓ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
   ParticularMotion:_____
   _____

   All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         MARCH 4, 2008

                        _____
                        Loretta A. Preska
                        United States District Judge