MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2713
Fax (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
LISETT VEGA,

        Plaintiff,

    - v. -

        STIPULATION AND ORDER

MICHAEL J. ASTRUE,        08 Civ. 1525 (LAP)
Commissioner of
Social Security,

        Defendant.
- - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from May 6, 2008 to and including July 7, 2008. This extension is requested because

the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       April   , 2008

                                *Lisett Vega*
                                LISETT VEGA
                                Plaintiff Pro Se
                                1962 Ellis Avenue
                                Apt. #B
                                Bronx, New York 10472
                                Telephone No. (718) 828-8231

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                Southern District of New York
                                Attorney for Defendant

By: _____
     SUSAN D. BAIRD
     Assistant United States Attorney
     89 Chambers Street, 3rd Floor
     New York, New York  10007
     Telephone No.: (212) 637-2713
     Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
              MAG.

5/5/2008