USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/08

8-13-08

MEMORANDUM ENDORSED

Dear Judge Preska

My name is Lisett Vega.

My case number is 08CV1525. I am

a prose litigant and I want to request

a 3 week extention to oppose my

motion. The reason I need the extension

is so I may have extra time to think

and get help to write the opposition

motion letter due to that 10 days is not enough

time for me to process the opposition motion

letter. Thank You for your time.

Extension to September 15, 2008
granted. Any reply by the Government
due 10 days later.

SO ORDERED:    DATE: 8/25/2008

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Sincerely
Lisett Vega
Lisett Vega